**Supreme Court**

No. 2016-342-M.P.

In the Matter of Oleg Nikolyszyn:

**O R D E R**

On October 12, 2016, this Court's Chief Disciplinary Counsel filed a Petition for Interim Suspension which avers that the respondent, Oleg Nikolyszyn, a member of the Rhode Island Bar, has engaged in serious professional misconduct. The respondent has requested that he be allowed to resign from the practice of law in lieu of being suspended on an interim basis, while acknowledging that he would remain subject to the disciplinary authority of the Court for any professional misconduct he may have committed while a member of the Bar.

This Court considered the Petition for Interim Suspension and the respondent's request to resign at our conference on November 7, 2016. Having heard the representations of disciplinary counsel, the respondent, and his attorney, we deem that the petition filed by disciplinary counsel should be granted.

Accordingly it is ordered, adjudged and decreed that the respondent, Oleg Nikolyszyn, is hereby suspended from the practice of law in this state until further order of this Court.

It is further ordered that David D. Curtin, Chief Disciplinary Counsel, be appointed as Special Master to take possession of the respondent's client files and accounts; to inventory them; and to take whatever steps are necessary to protect the clients' interests.

Chief Justice Suttell did not participate.

Entered as an Order of this Court this **1**st day of **December, 2016**.

By Order,

_____/s/_____
Clerk



**RHODE ISLAND SUPREME COURT CLERK'S OFFICE**

*Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**       In the Matter of Oleg Nikolyszyn.

**CASE NO:**       No. 2016-342-M.P.

**COURT:**       Supreme Court

**DATE ORDER FILED:**       December 1, 2016

**JUSTICES:**       Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**       N/A – Court Order

**JUDGE FROM LOWER COURT**:

       N/A

**ATTORNEYS ON APPEAL:**

       For Petitioner:    David D. Curtin, Esq.
                          Disciplinary Counsel

       For Respondent:  Dennis S. Baluch, Esq.